DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOAN RANDAZZO,

Appellant,

v.

WALGREEN CO., an Illinois corporation d/b/a WALGREENS;
8951 HUDSON LLC, an Illinois limited liability company;
and DYNASERV FLORIDA, LLC, a Florida limited liability company,

Appellees.

No. 2D2024-2882

_____

April 24, 2026

Appeal from the Circuit Court for Pasco County; Declan Mansfield, Judge.

Brian L. Elstein of Jack Bernstein, P.A., Tampa, for Appellant.

Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for Appellee Walgreen Co., an Illinois corporation d/b/a Walgreens.

Daniel S. Weinger and Andres Baltodano of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Fort Lauderdale, for Appellee Dynaserv Florida, LLC.

No appearance for Appellee 8951 Hudson LLC, an Illinois limited liability company.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.